IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr244-MHT |
| | ) | (WO) |
| DARRELL DEMONE MOORER | ) | |

OPINION AND ORDER

At the guilty-plea hearing on October 30, 2018, defense counsel informed the court that defendant Darrell Demone Moorer had a significant history of mental-health issues and that a mental-health professional had recently concluded that he might even be "somewhat" intellectually challenged. Defense counsel further noted that the mental-health professional concluded, however, that Moorer was still mentally competent to stand trial. The court, therefore, accepted Moorer's guilty plea subject to a later 'final' determination as to whether he is competent to stand trial. In light of these representations, it is ORDERED as follows:

(1) Defense counsel is to submit to the court, by no later than November 21, 2018, a report from a mental-health professional addressing whether defendant Darrell Demone Moorer is mentally competent to stand trial.

(2) So that the court can make its own independent assessment of whether defendant Moorer is mentally competent to stand trial, a competency hearing is set for November 26, 2018, at 8:30 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 31st day of October, 2018.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**