IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr244-MHT |
| | ) | (WO) |
| DARRELL DEMONE MOORER | ) | |

OPINION AND ORDER

This cause is before the court on the question whether defendant Darrell Demone Moorer has the mental competency to stand trial, that is, whether he is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a). A hearing was held on November 26, 2018.

Dr. Adriana Flores, Ph.D., conducted an evaluation of Moorer's competence to enter a plea, at the request of the defense. Dr. Flores concluded that, while he has a history of psychiatric problems, extensive cognitive deficits and significant intellectual

limitations (including a Full Scale IQ of only between 52 and 61), and a very limited fund of knowledge, Moorer still has the ability to understand the nature and consequences of proceedings against him and to assist his legal counsel in his defense. Dr. Flores noted that, "while medical records indicate that he has been diagnosed with schizophrenia, paranoid type" and experiences symptoms of auditory hallucinations, he was "clinically stable" at the time of her evaluation. Competency Evaluation (doc. no. 35) at 9. She noted that "he demonstrated rational as well as factual understanding of his charges and the possible consequences if he is convicted" and showed that he "understands the adversarial nature of the court proceedings and his plea options." *Id*. Dr. Flores found "no evidence of paranoia or other psychotic symptoms that may negatively affect [Moorer's] interactions with counsel." *Id*. at 4.

Therefore, based on Dr. Flores's evaluation, as well as the representations made by the parties during

an on-the-record hearing on November 26, 2018, the court holds that Moorer is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

***

Accordingly, it is ORDERED that defendant Darrell Demone Moorer is declared mentally competent to stand trial, including to enter a guilty plea, in this case.

DONE, this the 26th day of November, 2018.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**