IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr244-MHT |
| | ) | (WO) |
| DARRELL DEMONE MOORER | ) | |

## MENTAL-HEALTH ORDER

Based on the representations made in open court on February 21, 2019, it is ORDERED that the following is added to the conditions of supervised release for defendant Darrell Demone Moorer: Upon defendant Moorer's release from imprisonment, Moorer shall receive mental-health counseling at least twice a month, and more often as needed, to (A) address and treat the needs of his intellectual disabilities, and (B) assist him in his readjustment into society in light of his intellectual disabilities.

DONE, this the 28th day of February, 2019.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE